Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | WST Industries, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-4900728 |

4. **Debtor's address**

**Principal place of business**

3015 Beechtree Drive
Number        Street

_____

Sanford                    NC      27330
City                       State   ZIP Code

Lee County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City          State   ZIP Code

5. **Debtor's website** (URL)    www.wstindustries.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor  WST Industries, LLC
_____    Case number *(if known)*_____
      Name

**7.  Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

238990

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY

         District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                            MM / DD / YYYY

         Case number, if known _____

| Debtor | WST Industries, LLC | Case number *(if known)* |
|--------|--------------------|--------------------------|
|        | Name               |                          |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number            Street

_____

_____

City                                         State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | WST Industries, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2025
MM / DD / YYYY

✘ /s/ Timothy Skibitsky
Signature of authorized representative of debtor

Timothy Skibitsky
Printed name

Title President

**18. Signature of attorney**

✘ /s/ William Kroll
Signature of attorney for debtor

Date 03/28/2025
MM / DD / YYYY

William Kroll
Printed name

Everett Gaskins Hancock Tuttle Hash LLP
Firm name

220 Fayetteville Street 300
Number          Street

Raleigh
City

NC
State

27601
ZIP Code

9197550025
Contact phone

bill@eghlaw.com
Email address

39149
Bar number

NC
State

---

## RESOLUTION OF WST INDUSTRIES, LLC

The undersigned, being the members and managers of WST Industries, LLC, do hereby adopt the following resolution by signing their written consent hereto:

**WHEREAS**, in the judgment of the members and managers, it is desirable and in the best interests of WST Industries, LLC, and its creditors that the company file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina;

**RESOLVED**, that WST Industries, LLC, be, and hereby is, authorized to proceed with the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina.

**FURTHER RESOLVED**, that Timothy Skibitsky and William Skibitsky as Managers of WST Industries, LLC, are authorized and directed to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of WST Industries, LLC, and to execute such other documents, including without limitation, pleadings, schedules, statement of affairs, applications, motions. and amendments or modifications thereto, in furtherance of WST Industries, LLC's Chapter 11 filing.

**FURTHER RESOLVED**, that either Timothy Skibitsky or William Skibitsky may bind WST Industries, LLC, by a singular signature or testimony in Court.

**FURTHER RESOLVED**, that WST Industries, LLC, be, and hereby is, authorized to employ William H. Kroll and the law firm of Everett Gaskins Hancock Tuttle Hash LLP as its attorneys to represent it in said Chapter 11 filing.

This action is taken with the consent of the Members and Managers as of the last date below.

**WST INDUSTRIES, LLC**

By: _Timothy Skibitsky (Mar 11, 2025 08:40 EDT)_               Date: Mar 11, 2025

Timothy Skibitsky,
Manager

By: _WILLIAM SKIBITSKY (Mar 11, 2025 09:52 EDT)_               Date: Mar 11, 2025

William Skibitsky,
Manager

# Corporate Resolution

Final Audit Report                                           2025-03-11

| | |
|---|---|
| Created: | 2025-03-11 |
| By: | Bill Kroll (bill@eghlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3P6xDA8BVi3A8kO5zG6Qb5qvZOaY3wsc |

## "Corporate Resolution" History

Document created by Bill Kroll (bill@eghlaw.com)
2025-03-11 - 12:34:58 PM GMT

Document emailed to Timothy Skibitsky (tskibitsky@wstindustries.com) for signature
2025-03-11 - 12:35:32 PM GMT

Document emailed to wss1357@yahoo.com for signature
2025-03-11 - 12:35:33 PM GMT

Email viewed by Timothy Skibitsky (tskibitsky@wstindustries.com)
2025-03-11 - 12:40:07 PM GMT

Document e-signed by Timothy Skibitsky (tskibitsky@wstindustries.com)
Signature Date: 2025-03-11 - 12:40:41 PM GMT - Time Source: server

Email viewed by wss1357@yahoo.com
2025-03-11 - 1:51:10 PM GMT

Signer wss1357@yahoo.com entered name at signing as WILLIAM SKIBITSKY
2025-03-11 - 1:52:47 PM GMT

Document e-signed by WILLIAM SKIBITSKY (wss1357@yahoo.com)
Signature Date: 2025-03-11 - 1:52:49 PM GMT - Time Source: server

Agreement completed.
2025-03-11 - 1:52:49 PM GMT

**Adobe Acrobat Sign**

## Balance Sheet
### WST Industries, LLC
### As of Dec, 2024

<u>Assets</u>

| | |
|---|---:|
| Petty Cash | 45.02 |
| Checking - First Citizens Bank | 41,831.93 |
| Accounts Receivable | 434,603.10 |
| Automobile & Trucks | 42,605.36 |
| Computer Equipment | 61,411.60 |
| Office Furniture & Fixtures | 6,407.00 |
| Machinery & Equipment | 1,248,979.15 |
| Accumulated Depreciation | -1,326,950.85 |
| Prepaid Rent | 68,000.00 |
| Total Assets | 576,932.31 |

Balance Sheet
WST Industries, LLC
As of Dec, 2024

Liabilities & Equity

| | | |
|---|---:|---:|
| Accounts Payable | | 1,065,525.83 |
| Owner's Loan | | 717,362.10 |
| FCB - Equip Loan | | 78,068.72 |
| **Equity** | | |
| Owner's Capital | -291,862.71 | |
| Owner's HSA Distribution | -8,300.00 | |
| Current Net Income | -983,861.63 | |
| Total Equity | | -1,284,024.34 |
| Total Liabilities & Equity | | 576,932.31 |

Page 1

**Profit and Loss Statement**
**WST Industries, LLC**

2/24/25 13:21
Company: L0

| | Jan, 2025 to Feb, 2025 | % Sales |
|---|---:|---:|
| Construction Rev-Material Hand | 202,150.75 | 77.70 |
| Construction Rev - Ind.Service | 58,014.00 | 22.30 |
| Sales | 260,164.75 | 100.00 |
| | | |
| Job Related - Subcontractors | 50,000.00 | 19.22 |
| Job Related - Materials | 87,450.93 | 33.61 |
| Job Related - Equipment Rental | 629.24 | 0.24 |
| Job Related - Temporary Labor | 7,757.50 | 2.98 |
| Job Related - Eng/Test Serv | 885.15 | 0.34 |
| Job Labor - Gross Wages | 102,358.00 | 39.34 |
| Job Labor - Worker's Comp. | 1,519.53 | 0.58 |
| Job Labor - Payroll Taxes | 8,897.58 | 3.42 |
| Job Labor - Emp Pay Benefit | -4,252.46 | -1.63 |
| Job Labor - Comp. Pay Benefits | 10,828.57 | 4.16 |
| Cost of Sales | 266,074.04 | 102.27 |
| Gross Profit | -5,909.29 | -2.27 |
| | | |
| Business License & Fees | 75.00 | 0.03 |
| Car/Truck Exp - Gas & Oil | 6,079.71 | 2.34 |
| Gas/Truck Exp - Repair/Maint | 1,318.52 | 0.51 |
| Gas/Truck Exp - Regist/Licen | 1,062.10 | 0.41 |
| Gas/Truck Exp - Auto Insurance | 4,449.95 | 1.71 |
| Vehicle Lease Expense | 244.22 | 0.09 |
| Vehicle Tracking | 1,215.14 | 0.47 |
| Vehicle - Tolls | 317.47 | 0.12 |
| Building Service - Yard Maint. | 1,745.26 | 0.67 |
| Bldg Ser - Janitorial Sanford | 772.76 | 0.30 |
| Dues & Subscriptions | 219.87 | 0.08 |
| Ins. Exp - General Liability | 4,537.03 | 1.74 |
| Ins. Exp - Umbrella | 2,113.53 | 0.81 |
| Payment Processing Fee | 4,611.80 | 1.77 |
| Int. Exp - Loan Interest | 765.88 | 0.29 |
| Int. Exp - Late Charge | 2,341.10 | 0.90 |
| Owners Note Interest | 3,238.21 | 1.24 |
| Miscellaneous | 568.10 | 0.22 |
| Office Supplies - Sanford | 731.02 | 0.28 |
| Office Staff - Gross Wages | 114,557.06 | 44.03 |
| Office Staff - Payroll Taxes | 11,825.58 | 4.55 |
| Officers - Gross Wages | 25,576.95 | 9.83 |
| Office Staff - Workman's Comp. | 151.27 | 0.06 |
| Office Staff -Emp. Pay Benefit | -9,737.60 | -3.74 |
| Office Staff -Comp Pay Benefit | 14,737.42 | 5.66 |
| GP - Owners Health Insurance | 5,322.08 | 2.05 |
| Staff Car Allowance | 1,730.82 | 0.67 |
| Owner's Disability Insurance | 229.60 | 0.09 |
| Owner's Life Insurance | 29.20 | 0.01 |
| Payroll Processing Expense | 1,267.11 | 0.49 |
| Prof. Fees - Legal | 5,000.00 | 1.92 |
| Prof. Fees - Consulting | 7,539.15 | 2.90 |
| Postage & Delivery - USPS | 86.87 | 0.03 |
| Building Rent - Sanford | 32,000.00 | 12.30 |
| Computer Repairs | 4,462.61 | 1.72 |
| Leased Equipment - Sanford | 4,380.52 | 1.68 |
| Telephone/Internet | 2,089.46 | 0.80 |
| Cellular Services | 930.39 | 0.36 |
| Property Tax | 207.53 | 0.08 |
| Uniforms - Company Pay | 1,013.55 | 0.39 |
| Uniforms - Employee Pay | -658.64 | -0.25 |

# Profit and Loss Statement
## WST Industries, LLC

| | Jan, 2025 to Feb, 2025 | % Sales |
|---|---|---|
| Utilities - Electric - Sanford | 3,647.99 | 1.40 |
| Utilities - Gas | 1,062.85 | 0.41 |
| Utilities - Water | 283.46 | 0.11 |
| Utilities - Security | 70.00 | 0.03 |
| Use Tax Liability | 306.72 | 0.12 |
| Operating Expenses | 264,518.62 | 101.67 |
| Profit from Operations | -270,427.91 | -103.94 |
| | | |
| Scrap Metal | 1,925.64 | 0.74 |
| Other Income | 1,925.64 | 0.74 |
| Net Profit before Taxes | -268,502.27 | -103.20 |
| | | |
| Net Profit | -268,502.27 | -103.20 |

# Profit and Loss Statement
## WST Industries, LLC

Page 1

2/11/25 10:26
Company: L0

| | Jan, 2024 to Dec, 2024 | % Sales |
|---|---|---|
| Construction Rev-Material Hand | 1,494,876.31 | 30.25 |
| Construction Rev - Ind.Service | 3,446,681.27 | 69.75 |
| Sales | 4,941,557.58 | 100.00 |
| | | |
| Job Related - Subcontractors | 1,415,614.05 | 28.65 |
| Job Related - Materials | 1,119,407.96 | 22.65 |
| Job Related - Equipment Rental | 87,665.68 | 1.77 |
| Job Related - Temporary Labor | 205,306.88 | 4.15 |
| Job Related - Eng/Test Serv | 2,268.82 | 0.05 |
| Job Labor - Gross Wages | 833,047.03 | 16.86 |
| Job Labor - Worker's Comp. | 11,920.51 | 0.24 |
| Job Labor - Payroll Taxes | 68,205.81 | 1.38 |
| Job Labor - Emp Pay Benefit | -29,444.93 | -0.60 |
| Job Labor - Comp. Pay Benefits | 73,297.24 | 1.48 |
| Cost of Sales | 3,787,289.05 | 76.64 |
| Gross Profit | 1,154,268.53 | 23.36 |
| | | |
| Advertising | 3,526.94 | 0.07 |
| Bank Service Charge | 100.00 | 0.00 |
| Business License & Fees | 463.00 | 0.01 |
| Car/Truck Exp - Gas & Oil | 51,536.36 | 1.04 |
| Gas/Truck Exp - Repair/Maint | 30,348.59 | 0.61 |
| Gas/Truck Exp - Regist/Licen | 2,288.95 | 0.05 |
| Gas/Truck Exp - Auto Insurance | 27,153.90 | 0.55 |
| Vehicle Lease Expense | 1,305.30 | 0.03 |
| Vehicle Tracking | 7,197.36 | 0.15 |
| Vehicle - Tolls | 1,266.72 | 0.03 |
| Building Service - Yard Maint. | 5,036.41 | 0.10 |
| Bldg Ser - Janitorial Sanford | 4,500.00 | 0.09 |
| Bldg Ser - Yard Maint - Grnv | 950.50 | 0.02 |
| Charitable Contributions | 500.00 | 0.01 |
| Depreciation Expense | 12,910.64 | 0.26 |
| Dues & Subscriptions | 26,813.13 | 0.54 |
| Ins. Exp - General Liability | 35,554.57 | 0.72 |
| Ins. Exp - Umbrella | 12,785.50 | 0.26 |
| Sale of Assets - Gain/Loss | -5,000.00 | -0.10 |
| Payment Processing Fee | 49,821.54 | 1.01 |
| Int. Expense - Finance Charge | 3,931.42 | 0.08 |
| Int. Exp - Loan Interest | 5,277.76 | 0.11 |
| Int. Exp - Late Charge | 1,557.76 | 0.03 |
| Owners Note Interest | 20,243.79 | 0.41 |
| Training/Background Checks | 4,718.42 | 0.10 |
| Miscellaneous | 147.78 | 0.00 |
| Office Supplies - Sanford | 8,955.87 | 0.18 |
| Office Supplies - Greenville | 304.18 | 0.01 |
| Office Staff - Gross Wages | 1,000,535.95 | 20.25 |
| Office Staff - Payroll Taxes | 77,510.09 | 1.57 |
| Officers - Gross Wages | 5,769.23 | 0.12 |
| Office Staff - Workman's Comp. | 1,021.69 | 0.02 |
| Office Staff -Emp. Pay Benefit | -78,437.69 | -1.59 |
| Office Staff -Comp Pay Benefit | 113,173.80 | 2.29 |
| GP - Owners Health Insurance | 29,720.04 | 0.60 |
| Owner's Gaurenteed Payments | 202,508.07 | 4.10 |
| Staff Car Allowance | 18,286.60 | 0.37 |
| Owner's Disability Insurance | 1,622.80 | 0.03 |
| Owner's Life Insurance | 189.85 | 0.00 |
| Payroll Processing Expense | 6,097.19 | 0.12 |
| Prof. Fees - Accounting/CPA | 12,200.00 | 0.25 |

# Profit and Loss Statement
## WST Industries, LLC

|  | Jan, 2024 to Dec, 2024 | % Sales |
|---|---|---|
| Prof. Fees - Legal | 16,130.00 | 0.33 |
| Prof. Fees - Consulting | 76,200.00 | 1.54 |
| Postage & Delivery - USPS | 705.43 | 0.01 |
| Postage & Delivery - 3rd Party | 328.69 | 0.01 |
| Postage & Delivery -POBOX Rent | 256.00 | 0.01 |
| Building Rent - Sanford | 192,000.00 | 3.89 |
| Building Rent - Greenville | 7,200.00 | 0.15 |
| Computer Repairs | 22,321.45 | 0.45 |
| Equipment Repairs | 11,251.52 | 0.23 |
| Leased Equipment - Sanford | 28,473.38 | 0.58 |
| Telephone/Internet | 11,870.72 | 0.24 |
| Cellular Services | 7,467.10 | 0.15 |
| Property Tax | 15,616.08 | 0.32 |
| Meal Expense | 905.62 | 0.02 |
| Uniforms - Company Pay | 7,919.91 | 0.16 |
| Uniforms - Employee Pay | -3,281.45 | -0.07 |
| Utilities - Electric - Sanford | 28,992.65 | 0.59 |
| Utilities - Gas | 3,183.16 | 0.06 |
| Utilities - Water | 1,877.10 | 0.04 |
| Utilities - Security | 455.00 | 0.01 |
| Utilities - Electric - Grnv | 486.25 | 0.01 |
| Use Tax Liability | 3,000.99 | 0.06 |
| ERTC Tax | 10,744.00 | 0.22 |
| Operating Expenses | 2,148,497.51 | 43.48 |
| Profit from Operations | -994,228.98 | -20.12 |
|  |  |  |
| Scrap Metal | 10,367.35 | 0.21 |
| Other Income | 10,367.35 | 0.21 |
| Net Profit before Taxes | -983,861.63 | -19.91 |
|  |  |  |
| Net Profit | -983,861.63 | -19.91 |

| Fill in this information to identify the case: |
| --- |

Debtor name    WST Industries, LLC

United States Bankruptcy Court for the:    Eastern District of North Carolina

                                                      (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals      **12/15**

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
           Copy line 88 from *Schedule A/B* ....................................................................    $ _____ 0.00

     1b. **Total personal property:**
           Copy line 91A from *Schedule A/B* ..................................................................    $ _____ 492,708.96

     1c. **Total of all property:**
           Copy line 92 from *Schedule A/B* ....................................................................    $ _____ 492,708.96

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................    $ _____ 73,022.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
           Copy the total claims from Part 1 from line 6a of *Schedule E/F* .........................................    $ _____ 12,349.61

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
           Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .....................    +$ _____ 2,205,413.32

4. **Total liabilities** ........................................................................................    $ _____ 2,290,784.93
     Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |
| Debtor name __WST Industries, LLC__ |
| United States Bankruptcy Court for the: __Eastern District of North Carolina__ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Carolina Concrete Landscape and Design, LLC Attn: Manager, Agent, Office 5322 Cool Springs Rd. Broadway, NC, 27505 | | | | | | 641,226.00 |
| 2 First Citizens Bank Credit Card Attn: Manager, Agent, Officer PO Box 63001 28263 | | | | | | 81,795.10 |
| 3 J.R.'s Maintenance Service, Inc. Attn: Manager, Agent, Officer 1150 Atlantic Avenue Rocky Mount, NC, 27801 | | Services | | | | 62,540.12 |
| 4 City Electric Supply Co. Attn: Manager, Agent, Officer 3341 NC Hwy 87 S Sanford, NC, 27332 | | | | | | 42,931.46 |
| 5 Property Worx Maintenance Attn: Manager, Agent, Officer 2090 Eastern Ave Nashville, NC, 27856 | | | | | | 29,141.10 |
| 6 Alro Steel Corporation Attn: Manager, Agent, Officer PO Box 3915 Beryl Road #130 Raleigh, NC, 27607 | | | | | | 28,253.67 |
| 7 Starrco Attn: Manager, Agent, Officer 11700 Fairgrove Ind. Blvd. Maryland Heights, MO, 63043 | | | | | | 25,757.45 |
| 8 CNC Door Company Attn: Manager, Agent, Officer 110 Sargent Drive New Haven, CT, 06511 | | | | | | 24,398.00 |

Debtor    WST Industries, LLC
Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | HWM Office Environments Inc. Attn: Manager, Agent, Officer 3915 Beryl Road, Suite 102 Raleigh, NC, 27607 | | | | | | 23,462.96 |
| 10 | Meridian Waste Attn: Manager, Agent, Officer 5833 Foster Shore Road 27298 | | | | | | 21,991.81 |
| 11 | Penn Stainless Products Attn: Manager, Agent, Officer 190 Kelly Road; PO Box 9001 Quakertown, PA, 18951 | | | | | | 17,421.86 |
| 12 | BlueCross BlueShield Attn: Manager, Agent, Officer 4613 University Drive Durham, NC, 27707 | | | | | | 13,880.34 |
| 13 | Citadel Automotive Group Inc. Attn: Manager, Agent, Officer 2734 S. Wilmington St. Raleigh, NC, 27603 | | | | | | 12,349.61 |
| 14 | Lee County Tax Administration Attn: Tax Administrator 106 Hillcrest Drive Sanford, NC, 27330 | | Taxes & Other Government Units | | | | 12,349.61 |
| 15 | Steel & Pipe Attn: Manager, Agent, Officer PO Box 700 Sanford, NC, 27331 | | | | | | 9,703.64 |
| 16 | Chris Dean Machine Shop Attn: Manager, Agent, Officer 479 Hoover Rd Sanford, NC, 27332 | | | | | | 9,320.00 |
| 17 | ARC3 Gases, Inc. Attn: Manager, Agent, Officer PO Box 896866 Charlotte, NC, 28289 | | | | | | 8,178.88 |
| 18 | HardHat Workforce Solutions Attn: Manager, Agent, Officer 162 Quade Drive Cary, NC, 27513 | | | | | | 5,138.38 |
| 19 | Prisma Group, Inc. Attn: Manager, Agent, Officer 9105 Reedham Oaks Court Raleigh, NC, 27615 | | | | | | 5,000.00 |
| 20 | Solid Surface Innovations Attn: Manager, Agent, Officer 25 Wimberly Rd Moncure, NC, 27759 | | | | | | 4,066.00 |

**Fill in this information to identify the case:**

Debtor name ___WST Industries, LLC___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Citizens Bank #7751 | Checking | ___ ___ ___ ___ | $ 15,073.02 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ |
|---|---|---|
| 4.2. | _____ | $ |

5. **Total of Part 1**    $ 15,073.02

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Citadel Automotive Group, Inc. ($48,000 for rent through 6/2025) | $ Unknown |
|---|---|---|
| 7.2. | | $ |

Debtor    WST Industries, LLC
          _____    Case number (if known) _____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $ _____

   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 0.00

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 131,357.42 | – | 26,271.48 | = ........➜ | $ 105,085.94 |
    | 11b. Over 90 days old: | 54,323.68 | – | 54,323.68 | = ........➜ | $ 0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 105,085.94

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1. _____ | _____ | $ _____ |
    | 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    | | | | |
    |---|---|---|---|
    | 15.1. _____ | _____ % | _____ | $ _____ |
    | 15.2. _____ | _____ % | _____ | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1. _____ | _____ | $ _____ |
    | 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor _____WST Industries, LLC_____    Case number (if known)_____
         Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.
$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor   WST Industries, LLC
_____
Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office Equipment-See attached | $_____ | Appraisal | $ 2,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    WST Industries, LLC
_____    Case number (if known)_____
          Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $ 0.00 | Appraisal | $ 79,000.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 291,050.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ 370,050.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

Debtor    WST Industries, LLC
_____    Case number (if known)_____
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  3015 Beechtree Dr. Sanford, NC 27330 | Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.
    
    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.
    
    $ 0.00

Debtor    WST Industries, LLC
          _____          Case number (if known) _____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00 _____ – 0.00 _____ = ➜   $ 0.00 _____
                             Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

ERTC Tax Credit ($235,654) _____    Tax year   Q1 2021      $ Unknown _____
_____   Tax year _____    $_____
_____   Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           $_____

Nature of claim          _____
Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim          _____
Amount requested         $_____

76. **Trusts, equitable or future interests in property**

_____                           $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____                              $_____
_____                              $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                         $ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor ___WST Industries, LLC_____    Case number (*if known*)_____
         Name

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 15,073.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 105,085.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 370,050.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 492,708.96 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ 492,708.96 | | $ 492,708.96 |

Debtor 1     WST Industries, LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Accu Star Series Fiber Laser Cutting Machine | | Appraised | 50,000.00 |
| See Schedule A/B Part 8, Question 50 Attachment | | Appraisal | 241,050.00 |

| #47 Vehicles and titled trailers | |
|---|---|
| **Values from Country Boys Auction & Realty Appraisal November 2024** | |
| 2016 Ram 1500 crew cab 173,650 miles vin# 1C6RR6KT9GS144031 | $    5,500.00 |
| 2016 Ram 1500 crew cab miles vin# 3C5RR6KT9GG194015 | $    5,500.00 |
| 2011 Chevrolet 1500 crew cab vin# 3GCPCPEA3BG314160 | $    4,500.00 |
| 2009 Chevrolet 2500 crew cab 298,683 miles utility vin# 1GBHC43K39F139746 | $    4,500.00 |
| 2011 Chev 2500 crew cab 287,324 miles utility body vin 1GB1CVCG4BF170366 | $    5,000.00 |
| 2011 Chev 2500 crew cab 187,805 miles utility body vin 1GB1CVCG3BF258776 | $    7,000.00 |
| 2011 Chev 2500 crew cab 200,004 miles utility body vin 1GB1CVCG8BF153182 | $    7,000.00 |
| 2017 Jeep Compass 140,685 miles vin 1C4NJCBA4HD123962 | $    2,500.00 |
| 2011 Chev 2500 crew cab utility body 212,359 miles vin 1GB1CVCG7BF2204873 | $    6,000.00 |
| 2009 Chev 2500 crew cab utility body 178,603 miles vin 1GBHC43K19F167710 | $    6,500.00 |
| 2011 Chev 2500 crew cab utility body vin 1GB1CVCGXBF253574 | $    6,000.00 |
| 2011 Chev 2500 crew cab utility body vin 1GB1CVCG7BF254942 | $    6,000.00 |
| 2006 Ford F650 box truck dsl | $    5,000.00 |
| 2017 Ford Escape 208,590 miles vin 1FMCUOF71HUB72804 | $    2,500.00 |
| 2007 Chev 1500 reg cab 257,271 miles vin 1GCEC14037Z595333 | Sold 1/2025 |
| Flat bed dual axle trailer | $    1,500.00 |
| dual axle trailer with boxes and torch racks | $    1,500.00 |
| dual axle car trailer with ramps | $    2,500.00 |
| **TOTAL** | **$    79,000.00** |

| #50 Machinery, Fixrtures, Equipment Values from Country Boys Auction & Realty Appraisal November 2024 | | |
|---|---|---|
| Haas VF-5/40 CNC machine 2011 model | $ | 35,000.00 |
| Haas VF 2B CNC machine 2002 model 20 HP Vector Drive | $ | 15,000.00 |
| Haas VF O CNC milling machine 1996 model 710 1PM | $ | 12,000.00 |
| Haas VF OE CNC milling machine 1997 mnodel 15 HP 710 1PM | $ | 12,000.00 |
| Haas UF-2 ST 10 CNC machine 2018 model | $ | 30,000.00 |
| Shop tables supporting the CNC machines | $ | 250.00 |
| 3 ph converter | $ | 500.00 |
| 2 -Bench grinders on stands | $ | 150.00 |
| Belt sander | $ | 75.00 |
| Bolt bin | $ | 250.00 |
| Counter lever metal racks | $ | 400.00 |
| Enterprise - L lathe model EL-2 | $ | 750.00 |
| Vectrax milling machine model GS20V | $ | 3,500.00 |
| Arbour press | $ | 100.00 |
| Old Bridgeport milling machine | $ | 500.00 |
| 2 - custom top welding tables | $ | 2,000.00 |
| Lincoln Tig 200 square wave welder | $ | 1,000.00 |
| Jet Sander Grinder | $ | 150.00 |
| Miller Dynasty 210 welder | $ | 4,000.00 |
| shop fans through out the facility | $ | 750.00 |
| Miller Maxstar 161 STI | $ | 1,000.00 |
| Miller coolmate 1.3 | $ | 1,000.00 |
| 500 lb crane system w. Anver sheet metal clamp | $ | 3,500.00 |
| 2 - pallet jacks | $ | 300.00 |
| tilt hopper for scrap metal | $ | 400.00 |
| Victory Plasma V510 system with Thermal Dynamics ultra cut 200 | $ | 5,000.00 |
| Standridge ISO 9000 granite table | $ | 500.00 |
| Rockwell Hardness Tester model HR 150 A | $ | 350.00 |
| Tool Room - traffic cones, tripod steel stands, generators, job boxes, misc electrical hand tools, vacuums, hose, shop lights, hand tools | $ | 5,000.00 |
| Rigid Pipe 300 threader | $ | 400.00 |
| Electric B2555 pipe bender | $ | 750.00 |
| approximately 35 fiberglass ladders of all sizes | $ | 3,000.00 |
| 3 manual pipe benders | $ | 300.00 |
| Rigid 535 pipe threader | $ | 600.00 |
| Hoshizaki ice machine | $ | 800.00 |
| Miller Bobcat 250 | $ | 1,000.00 |
| Torch Cart and torch kit | $ | 250.00 |
| 4 wheel dollies for moving equipment | $ | 500.00 |
| floor jacks and rail road jacks | $ | 200.00 |
| small pipe threades and pipe vices | $ | 400.00 |
| Hammer drills and bits | $ | 500.00 |

| | | |
|---|---|---:|
| chains and cum-a-longs | $ | 500.00 |
| Tapping machine SFX-M24HR | $ | 400.00 |
| 4' roll former | $ | 350.00 |
| Millermatic 252 welder | $ | 2,000.00 |
| SPX power team punch | $ | 1,000.00 |
| Craftsman table saw | $ | 75.00 |
| Shelving holding parts in back shop | $ | 500.00 |
| Old Cat hard tire forklift that appears to be out of service | $ | 800.00 |
| Lincoln LN - 742 wire feeder | $ | 600.00 |
| Lincoln invertec STT II welder | $ | 1,500.00 |
| Northern 4' finger brake | $ | 400.00 |
| Forklift fork boom extension lift | $ | 500.00 |
| Tennsmith 18 guage hand brake | $ | 2,000.00 |
| metal tables and stands in back shop | $ | 2,000.00 |
| Knuth Hydraulic Press Brake AHKF32160CNC 2011 | $ | 18,000.00 |
| Knuth KHTA3206 Shear | $ | 6,500.00 |
| Trinco sand blaster | $ | 500.00 |
| Torch kit | $ | 250.00 |
| metal roll aroung carts | $ | 200.00 |
| Jet Drill Press | $ | 200.00 |
| Bridgeport Milling machine | $ | 1,000.00 |
| Millermatic 252 welder | $ | 2,000.00 |
| Jet18" wood Band saw | $ | 500.00 |
| Millermatic 255 welder | $ | 2,500.00 |
| Miller Econotig power source | $ | 1,000.00 |
| Miller shopmaster 300 | $ | 1,000.00 |
| Ellis drill press | $ | 150.00 |
| TCM 5000 lb forklift FG25N2 | $ | 3,500.00 |
| Geka Hydracrop 70-S iron worker | $ | 6,500.00 |
| Rockford verticle sander | $ | 500.00 |
| Bailey metal horizontal band saw with rollers | $ | 2,500.00 |
| Rong Fu Industry heavy metal cutting saw | $ | 500.00 |
| Baileigh metal cutting saw model BS-360SA with rollers | $ | 4,000.00 |
| Ellis metal band saw | $ | 1,500.00 |
| Cat T80D fork lift propane hard tire | $ | 3,500.00 |
| Sky Trak 10054 telehandler | $ | 20,000.00 |
| Miller Trail Blazer 302 on trailer | $ | 2,000.00 |
| Miller Legend NT welder on trailer 1897 hours | $ | 3,000.00 |
| 20'Connex | $ | 2,000.00 |
| dump hoppers | $ | 1,000.00 |
| **TOTAL** | **$ 241,050.00** | |

| Fill in this information to identify the case: |
|---|

Debtor name __WST Industries, LLC__

United States Bankruptcy Court for the: __Eastern District of North Carolina__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**
Creditor's name
First Citizens Bank

Describe debtor's property that is subject to a lien
Accu Star Series Fiber Laser Cutting Machine

$ 73,022.00      $ 50,000.00

Creditor's mailing address
Attn: Manager, Agent, Officer
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$_____      $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 73,022.00

Debtor    WST Industries, LLC
_____    Case number (if known)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ WST Industries, LLC _____

United States Bankruptcy Court for the: ___ Eastern District of North Carolina ___

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Arnold Petty<br>1401 View Court<br>Sanford, NC 27330 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Undetermined     $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Brian Roberts<br>7421 Roberts Road<br>Cary, NC 27519 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Undetermined     $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Caleb Kirik<br>88 Peacehaven Lane<br>Sanford, NC 27330 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Undetermined     $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |

Debtor ___WS_ Industries, LLC_____    Case number _(if known)_____
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.4** **Priority creditor's name and mailing address**
Chanda Coomer
1388 Pennsylvania Ave
Sanford, NC 27332

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.5** **Priority creditor's name and mailing address**
Christian Dearborn
66 Elsie Buchanan
Broadway, NC 27505

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.6** **Priority creditor's name and mailing address**
Corey Dean
308 W. Killiegrey St
Lillington, NC 27546

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.7** **Priority creditor's name and mailing address**
Daniel Arellano
110 A Milton Ave
27505

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor ___WS Industries, LLC_____    Case number *(if known)* _____
         Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address
Daniel Patterson
2520 Leaflet Church Rd
Broadway, NC 27505

Total claim: $ <u>Undetermined</u>    Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
Donovan Burroughs
446 Fallon Ct.
Sanford, NC 27330

Total claim: $ <u>Undetermined</u>    Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Total claim: $ <u>Unknown</u>    Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11** Priority creditor's name and mailing address
James Munning
3006 Silky Dogwood Trail
Apex, NC 27502

Total claim: $ <u>Undetermined</u>    Priority amount: $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___WS Industries, LLC_____  Case number (if known)_____
        Name

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.12** **Priority creditor's name and mailing address**

Jeffry Grindstaff
111 Cindy Court
Erwin, NC 28339

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**2.13** **Priority creditor's name and mailing address**

Jimmy Carter
5171 NC Highway 87 South
Sanford, NC 27332

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**2.14** **Priority creditor's name and mailing address**

John Woody
5117 Lake Willet Road
Sanford, NC 27332

$ Undetermined    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**2.15** **Priority creditor's name and mailing address**

Lee County Tax Administration
Attn: Tax Administrator
106 Hillcrest Drive
Sanford, NC 27330

$ 12,349.61    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Debtor _____WS Industries, LLC_____   Case number _(if known)_____
          Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.16  Priority creditor's name and mailing address**
Logan Cushman
210 John Lane Rd
Bear Creek, NC 27207

$ Undetermined     $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17  Priority creditor's name and mailing address**
Marcus Jones
602 Ryan Ave
Sanford, NC 27330

$ Undetermined     $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18  Priority creditor's name and mailing address**
Mathew Christy
112 Dunhams Creek St
Carthage, NC 28327

$ Undetermined     $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19  Priority creditor's name and mailing address**
Nicholas Boggs
585 Adcock Rd
Lillington, NC 27546

$ Undetermined     $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    WS Industries, LLC
              Name                                                      Case number (if known)

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.20** Priority creditor's name and mailing address

North Carolina Department of Revenue
Office Service Unit; Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

$ Unknown          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

Parker Kidd
525 Sam Lowe Rd
Siler City, NC 27344

$ Undetermined          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

Patrick Gietzen
364 Grant Street
Sanford, NC 27330

$ Undetermined          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23** Priority creditor's name and mailing address

Randell Smith
1477 Farm Life School Rd
Carthage, NC 28327

$ Undetermined          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor WSP Industries, LLC
Name

Case number (if known)

## Part 1. | Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.24** **Priority creditor's name and mailing address**
Timothy Skibitsky
266 McInnis Road
Lakeview, NC 28350

Total claim: $ Undetermined      Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** **Priority creditor's name and mailing address**
William Skibitsky
2 South Beach Lane
Hilton Head Island, SC 29928

Total claim: $ Undetermined      Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.__** **Priority creditor's name and mailing address**

Total claim: $ _____      Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.__** **Priority creditor's name and mailing address**

Total claim: $ _____      Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   WSP Industries, LLC
_____
Name

Case number (if known) _____

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Allied Caster & Equipment Co.
Attn: Manager, Agent, Officer
PO Box 11583
Charlotte, NC 28220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,639.30

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Alro Steel Corporation
Attn: Manager, Agent, Officer
PO Box 3915 Beryl Road #130
Raleigh, NC 27607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 28,253.67

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Alternatives for Industry, Inc.
Attn: Manager, Agent, Officer
2251 Whitfield Park Ave
Sarasota, FL 34243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 386.43

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ARC3 Gases, Inc.
Attn: Manager, Agent, Officer
PO Box 896866
Charlotte, NC 28289

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,178.88

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Atlantic Auto & Tire
Attn: Manager, Agent, Officer
1523 Horner Blvd
Sanford, NC 27330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 93.49

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
BlueCross BlueShield
Attn: Manager, Agent, Officer
4613 University Drive
Durham, NC 27707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 13,880.34

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    WSP Industries, LLC
          Name                                                     Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Capt. Rod Sullivan
Attn: Manager, Agent, Officer
PO Box 936339
Atlanta, GA 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,324.92

---

**3.8** Nonpriority creditor's name and mailing address

Carolina Concrete Landscape and Design, LLC
Attn: Manager, Agent, Office
5322 Cool Springs Rd.
Broadway, NC 27505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 641,226.00

---

**3.9** Nonpriority creditor's name and mailing address

Central Carolina Scale
Attn: Manager, Agent, Officer
5393 Farrell Road
Sanford, NC 27330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 90.95

---

**3.10** Nonpriority creditor's name and mailing address

Chris Dean Machine Shop
Attn: Manager, Agent, Officer
479 Hoover Rd
Sanford, NC 27332

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,320.00

---

**3.11** Nonpriority creditor's name and mailing address

Citadel Automotive Group Inc.
Attn: Manager, Agent, Officer
2734 S. Wilmington St.
Raleigh, NC 27603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12,349.61

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 9 of 22

Debtor    WSP Industries, LLC

Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12  Nonpriority creditor's name and mailing address**

City Electric Supply Co.
Attn: Manager, Agent, Officer
3341 NC Hwy 87 S
Sanford, NC 27332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 42,931.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13  Nonpriority creditor's name and mailing address**

CNC Door Company
Attn: Manager, Agent, Officer
110 Sargent Drive
New Haven, CT 06511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,398.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14  Nonpriority creditor's name and mailing address**

CNC Software, LLC
Attn: Manager, Agent, Officer
671 Old Post Road
Tolland, CT 06084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,712.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15  Nonpriority creditor's name and mailing address**

Cruco Mill
Attn: Manager, Agent, Officer
111 McNeil Rd
Sanford, NC 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,671.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16  Nonpriority creditor's name and mailing address**

Crystal Springs
Attn: Manager, Agent, Officer
PO Box 660579
Dallas, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 145.57

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    WSP Industries, LLC
Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Davis Sales Company
Attn: Manager, Agent, Officer
1829 Jefferson Davis Hwy
Sanford, NC 27330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 238.58

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

Delta Dental of NC
Attn: Manager, Agent, Officer
3737 Glenwood Ave, Ste 320
Raleigh, NC 27612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 828.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

Dillon Supply Company
Attn: Manager, Agent, Officer
PO Box 896595
Charlotte, NC 28289

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,067.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address

Duke Energy Progress
Attn: Manager, Agent, Officer
PO Box 1094
Charlotte, NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,459.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.21** Nonpriority creditor's name and mailing address

East Carolina Metal Treating
Attn: Manager, Agent, Officer
1117 Capital Blvd
Raleigh, NC 27603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 335.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___WSP Industries, LLC_____    Case number (if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22** Nonpriority creditor's name and mailing address

Enbridge Gas North Carolina
Attn: Manager, Agent, Officer
800 Gaston Road
Gastonia, NC 28056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 459.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Enterprise Car Rental
Attn: Manager, Agent, Office
2860 Slater Road
Morrisville, NC 27560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 102.25

Date or dates debt was incurred _____

Last 4 digits of account number __0749__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Ferguson Enterprises Inc. #34
Attn: Manager, Agent, Officer
PO Box 100286
Atlanta, GA 30384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,854.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

First Citizens Bank Credit Card
Attn: Manager, Agent, Officer
PO Box 63001
  28263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 81,795.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

GP Supply Company, LLC
Attn: Manager, Agent, Officer
501 East Washington St.
Greensboro, NC 27401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 500.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     WSP Industries, LLC
           Name                                                          Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Grainger
Attn: Manager, Agent, Officer
101 Southchase Blvd.
Fountain Inn, SC 29644

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 78.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Ground Penetrating Radar Sys
Attn: Manager, Agent, Officer
1901 Indian Wood Circle
Maumee, OH 43537

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

HardHat Workforce Solutions
Attn: Manager, Agent, Officer
162 Quade Drive
Cary, NC 27513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,138.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Herc Rentals
Attn: Manager, Agent, Officer
PO Box 936257
Atlanta, GA 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,190.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Hi-Tech Fasteners
Attn: Manager, Agent, Officer
4940 Winchester Blvd.
Frederick, MD 21703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 251.41

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 13 of 22

Debtor ___WSP Industries, LLC_____    Case number _(if known)_____
　　　　　Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**[32] **Nonpriority creditor's name and mailing address**

Hughes Supply
Attn: Manager, Agent, Officer
175 Kanoy Road
Thomasville, NC 27360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,433.68

---

**3.**[33] **Nonpriority creditor's name and mailing address**

HWM Office Environments Inc.
Attn: Manager, Agent, Officer
3915 Beryl Road, Suite 102
Raleigh, NC 27607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,462.96

---

**3.**[34] **Nonpriority creditor's name and mailing address**

J.R.'s Maintenance Service, Inc.
Attn: Manager, Agent, Officer
1150 Atlantic Avenue
Rocky Mount, NC 27801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 62,540.12

---

**3.**[35] **Nonpriority creditor's name and mailing address**

Jani-King of Raleigh/Durham
Attn: Manager, Agent, Officer
801 Jones Franklin Rd
Raleigh, NC 27606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 375.00

---

**3.**[36] **Nonpriority creditor's name and mailing address**

McMaster Carr
Attn: Manager, Agent, Officer
PO Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,253.57

---

Debtor  WSP Industries, LLC
Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37**  Nonpriority creditor's name and mailing address

Meridian Waste
Attn: Manager, Agent, Officer
5833 Foster Shore Road
27298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$ 21,991.81

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.38**  Nonpriority creditor's name and mailing address

MSC Industrial Supply
Attn: Manager, Agent, Officer
PO Box 953635
Saint Louis, MO 63195

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 352.04

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.39**  Nonpriority creditor's name and mailing address

ODP Business Solutions LLC
Attn: Manager, Agent, Officer
PO Box 1413
Charlotte, NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 179.09

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.40**  Nonpriority creditor's name and mailing address

Penn Stainless Products
Attn: Manager, Agent, Officer
190 Kelly Road; PO Box 9001
Quakertown, PA 18951

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,421.86

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.41**  Nonpriority creditor's name and mailing address

Piedmont Plastics
Attn: Manager, Agent, Officer
PO Box 931291
Atlanta, GA 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 679.16

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor WSP Industries, LLC
Name

Case number (if known) _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Prisma Group, Inc.
Attn: Manager, Agent, Officer
9105 Reedham Oaks Court
Raleigh, NC 27615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.43** Nonpriority creditor's name and mailing address

Property Worx Maintenance
Attn: Manager, Agent, Officer
2090 Eastern Ave
Nashville, NC 27856

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 29,141.10

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.44** Nonpriority creditor's name and mailing address

Pyramid Fasteners, Inc.
Attn: Manager, Agent, Officer
620 South First Avenue
Bartow, FL 33830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 78.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.45** Nonpriority creditor's name and mailing address

Pyramid Fasteners, Inc.
Attn: Manager, Agent, Officer
620 S. 1st Ave
Bartow, FL 33830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 146.44

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.46** Nonpriority creditor's name and mailing address

Rodeco Company
Attn: Manager, Agent, Officer
5811 Elwin Buchanan Drive
Sanford, NC 27330

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 79.18

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    WSP Industries, LLC
          Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 47    Nonpriority creditor's name and mailing address

San Lee Security
Attn: Manager, Agent, Officer
105 W. Main St.
Sanford, NC 27332

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 35.00

**3.** 48    Nonpriority creditor's name and mailing address

Sherwin Williams
Attn: Manager, Agent, Officer
2105 S. Horner Blvd.
Sanford, NC 27330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 382.05

**3.** 49    Nonpriority creditor's name and mailing address

Solid Surface Innovations
Attn: Manager, Agent, Officer
25 Wimberly Rd
Moncure, NC 27759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,066.00

**3.** 50    Nonpriority creditor's name and mailing address

Southeast Handling Systems
Attn: Manager, Agent, Officer
PO Box 63130
 28263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,196.98

**3.** 51    Nonpriority creditor's name and mailing address

Starrco
Attn: Manager, Agent, Officer
11700 Fairgrove Ind. Blvd.
Maryland Heights, MO 63043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,757.45

Debtor    WSP Industries, LLC
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3. 52**    **Nonpriority creditor's name and mailing address**

Steel & Pipe
Attn: Manager, Agent, Officer
PO Box 700
Sanford, NC 27331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,703.64

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 53**    **Nonpriority creditor's name and mailing address**

Stewart Stainless Supply, Inc.
Attn: Manager, Agent, Officer
3849 Wendover Industrial Drive
Greensboro, NC 27405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,977.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 54**    **Nonpriority creditor's name and mailing address**

T-Mobile
Attn: Manager, Agent, Officer
PO Box 742596
Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 607.57

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 55**    **Nonpriority creditor's name and mailing address**

Unifirst Corporation
Attn: Manager, Agent, Officer
1409 Person Street
Durham, NC 27703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 629.82

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 56**    **Nonpriority creditor's name and mailing address**

UPS
Attn: Manager, Agent, Officer
55 Glen Lake Parkway, NE
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 508.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    WSP Industries, LLC
          Name                                          Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

US Hydraulic & Pneumatic Inc.
Attn: Manager, Agent, Officer
2620 Melon St.
Florence, SC 29501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,915.56

**3.58** Nonpriority creditor's name and mailing address

WageWorks, Inc.
Attn: Manager, Agent, Officer
PO Box 8363
Pasadena, CA 91109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6.00

**3.59** Nonpriority creditor's name and mailing address

Wex Bank
Attn: Manager, Agent, Officer
PO Box 4337
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,497.00

**3.60** Nonpriority creditor's name and mailing address

William Skibitisky
7 South Beach Island
Hilton Head Island, SC 29928

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,100,000.00

**3.61** Nonpriority creditor's name and mailing address

Wilson Machine & Tool Inc.
Attn: Manager, Agent, Officer
4956 Womack Road
Sanford, NC 27330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 70.00

Debtor ___WSP Industries, LLC_____
      Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**62    **Nonpriority creditor's name and mailing address**

Windstream
Attn: Manager, Agent, Officer
PO Box 9001908
Louisville, KY 40290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 422.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    WST Industries, LLC
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | John S. Williford, Jr.<br>PO Box 7395<br>Rocky Mount, NC, 27803 | Line 3.34<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    WG Industries, LLC

Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 12,349.61 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 2,205,413.32 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,217,762.93 |

**Fill in this information to identify the case:**

Debtor name ___WST Industries, LLC___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Office Lease<br>Lessee<br><br><br>November 2026 | Citadel Automotive Group, Inc.<br>Attn: Manager, Agent, Officer<br>2734 S. Wilmington St.<br>Raleigh, NC, 27603 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Payroll services | CBIZ Benefits & Insurance Services, Inc.<br>Attn: Manager, Agent, Officer<br>5959 Rockside Woods, Blvd. N, Ste 600<br>Independence, OH, 44131 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Factoring Agreement | J.P. Morgan Chase Bank<br>Attn: Manager, Agent, Officer<br>Mail Code NY1-E088, 4 NY Plaza, 8th Fl<br>New York, NJ, 10004-2413 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Factoring Agreement | NOWaccount Network Corporation<br>Attn: Manager, Agent, Officer<br>6120 Powers Ferry Rd NW, Ste 350<br>Atlanta, GA, 30339 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Contingency Fee for ERTC refund | ERTC Express LLC<br>Attn: Manager, Agent, Officer<br>99 Wall Street, Ste 3620<br>New York, NY, 10005 |

Debtor    WST Industries, LLC
          _____          Case number *(if known)*_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | Health Insurance<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | BlueCross BlueShield<br>Attn: Manager, Agent, Officer<br>4613 University Drive<br>Durham, NC, 27707 |
| 2.7 | Dental Insurance<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Delta Dental of NC<br>Attn: Manager, Agent, Officer<br>3737 Glenwood Ave, Ste 320<br>Raleigh, NC, 27612 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 2 of 2

**Fill in this information to identify the case:**

Debtor name ___WST Industries, LLC___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___WST Industries, LLC___

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 260,164.75 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,994,182.40 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 7,904,464.81 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor   WST Industries, LLC
_____
Name

Case number (*if known*)_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Alro Steel Corporation<br>Creditor's name<br>Attn: Manager, Agent, Officer<br>PO Box 3915 Beryl Road #130<br>Raleigh, NC 27607 | 02/13/2025<br>02/27/2025 | $ 17,952.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | BlueCross BlueShield<br>Creditor's name<br>Attn: Manager, Agent, Officer<br>4613 University Drive<br>Durham, NC 27707 | 01/01/2025<br>02/01/2025 | $ 24,160.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | William Skibitsky<br>Insider's name<br>7 South Beach Lane<br>Hilton Head Island, SC 29928 | 07/01/024<br>06/01/2024<br>05/01/2024 | $ 24,000.00 | Loan<br>April 2024, May 2024, June 2024, July 2024 |
| | **Relationship to debtor**<br>Owner | | | |
| 4.2. | Insider's name | _____ | $ _____ | |
| | **Relationship to debtor** | | | |

| Debtor | WST Industries, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | J.R.'s Maintenance Service, Inc., v. WST Industries, LLC | Money owed | Edcombe County Superior Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>24 CVS 403 | | PO Drawer 9<br>Tarboro, NC 27886 | |
| 7.2. | **Case title**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

---

Debtor   WST Industries, LLC _____          Case number (*if known*)_____
_____Name_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| _____Custodian's name_____ | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | _____Name_____ |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| _____Recipient's name_____ | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| _____Recipient's name_____ | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:** **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor   WST Industries, LLC
_____   Case number *(if known)*_____
         Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|       | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|--------------------------------------------------|-------|------------------------|
| 11.1. | Everett Gaskins Hancock Tuttle Hash LLP | 11/2024: $5,000<br>12/2024: $5,000<br>02/2025: $5,000<br>03/2025: $7,500 | 03/2025 | $ 22,500.00 |
|       | **Address**<br><br>PO Nox 911<br>Raleigh, NC 27602 | | | |
|       | **Email or website address**<br>_____ | | | |
|       | **Who made the payment, if not debtor?**<br>_____ | | | |

|       | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|--------------------------------------------------|-------|------------------------|
| 11.2. | _____ | | _____ | $_____ |
|       | **Address** | | | |
|       | **Email or website address**<br>_____ | | | |
|       | **Who made the payment, if not debtor?**<br>_____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|----------------------------|------------------------|
| _____ | | _____ | $_____ |
| **Trustee**<br>_____ | | | |

Debtor    WST Industries, LLC
_____    Case number (*if known*)_____
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | 3rd Party | 2007 Chev 1500 reg cab 257,271 miles Vin #1GCEC14037Z595333 | 01/01/2025 | $ 5,000.00 |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | 3rd Party | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    WST Industries, LLC
          _____          Case number (if known)_____
          Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor     WST Industries, LLC
           _____        Case number (if known)_____
           Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

Debtor    WST Industries, LLC
_____    Case number *(if known)*_____
          Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | | | $_____ |
| Name | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor    WST Industries, LLC
_____    Case number (if known)_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

---

| Debtor | WST Industries, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   M. Lee West, CPA, P.A. | From 05/01/2006 |
| Name | |
| 301 Court Sq, Sanford, NC 27330 | To 02/28/2025 |

| Name and address | Dates of service |
|---|---|
| 26a.2.   Wesley Jones CPA PLLC | From 03/01/2025 |
| Name | |
| 100 Chadwick Square Court, Suite E, Hendersonville, NC 28739 | To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

---

Debtor    WST Industries, LLC
_____    Case number *(if known)*_____
        Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    WST Industries, LLC
_____          Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Skibitsky | 266 McInnis Rd, Lakeview, NC 28350 | President | 40 |
| William Skibitsky | 7 South Beach Lane, Hilton Head, SC 29928 | Chairman | 60 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Timothy Skibitsky<br>          Name<br>          266 McInnis Road<br>          Lakeview, NC 28350 | 175,092.73 | _____ | Payroll for 12 months |

| Relationship to debtor | | | |
|---|---|---|---|
| Member/Manager | | | _____ |

Debtor      WST Industries, LLC
            _____          Case number (*if known*)_____
            Name

| | Name and address of recipient | 10,000.00 | | Salary |
|---|---|---|---|---|
| 30.2 | William Skibitsky | | _____ | |
| | Name | | | |
| | 7 South Beach Lane | | _____ | |
| | Hilton Head Island, SC 29928 | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/28/2025
               _____
               MM  / DD  / YYYY

✖ /s/ Timothy Skibitsky                                    Printed name   Timothy Skibitsky
_____                              _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President
                                     _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name ___WST Industries, LLC_____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| **Carolina Concrete Landscape and Design, LLC, Attn: Manager, Agent, Office 5322 Cool Springs Rd., Broadway, NC 27505** | **$169,740.00** |
| **First Citizens Bank Credit Card, Attn: Manager, Agent, Officer PO Box 63001, 28263** | **$10,233.41** |
| **City Electric Supply Co., Attn: Manager, Agent, Officer 3341 NC Hwy 87 S, Sanford, NC 27332** | **$28,295.99** |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

**United States Bankruptcy Court**

**IN RE:**                                                     Case No._____

WST Industries, LLC

_____ Chapter ___11_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Timothy Skibitsky<br>266 McInnis Rd, Lakeview, NC 28350 | 40 | Managing member |
| William Skibitsky<br>7 South Beach Lane, Hilton Head, SC 29928 | 60 | Managing member |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case and this filing:**</td></tr>
<tr><td>Debtor Name</td><td>WST Industries, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of North Carolina</td></tr>
<tr><td>Case number (<em>If known</em>):</td><td></td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/28/2025
            MM / DD / YYYY

✖ /s/ Timothy Skibitsky
Signature of individual signing on behalf of debtor

Timothy Skibitsky
Printed name

President
Position or relationship to debtor

United States Bankruptcy Court

Eastern District of North Carolir

In re:  WST Industries, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/28/2025_____

/s/ Timothy Skibitsky

_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Allied Caster & Equipment Co.
Attn: Manager, Agent, Officer
PO Box 11583
Charlotte, NC 28220

Alro Steel Corporation
Attn: Manager, Agent, Officer
PO Box 3915 Beryl Road #130
Raleigh, NC 27607

Alternatives for Industry, Inc.
Attn: Manager, Agent, Officer
2251 Whitfield Park Ave
Sarasota, FL 34243

ARC3 Gases, Inc.
Attn: Manager, Agent, Officer
PO Box 896866
Charlotte, NC 28289

Arnold Petty
1401 View Court
Sanford, NC 27330

Atlantic Auto & Tire
Attn: Manager, Agent, Officer
1523 Horner Blvd
Sanford, NC 27330

Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

BlueCross BlueShield
Attn: Manager, Agent, Officer
4613 University Drive
Durham, NC 27707

Brian Roberts
7421 Roberts Road
Cary, NC 27519

Caleb Kirik
88 Peacehaven Lane
Sanford, NC 27330

Capt. Rod Sullivan
Attn: Manager, Agent, Officer
PO Box 936339
Atlanta, GA 31193

Carolina Concrete Landscape and Design, LLC
Attn: Manager, Agent, Office
5322 Cool Springs Rd.
Broadway, NC 27505

CBIZ Benefits & Insurance Services, Inc.
Attn: Manager, Agent, Officer
5959 Rockside Woods, Blvd. N, Ste 600
Independence, OH 44131

Central Carolina Scale
Attn: Manager, Agent, Officer
5393 Farrell Road
Sanford, NC 27330

Chanda Coomer
1388 Pennsylvania Ave
Sanford, NC 27332

Chris Dean Machine Shop
Attn: Manager, Agent, Officer
479 Hoover Rd
Sanford, NC 27332

Christian Dearborn
66 Elsie Buchanan
Broadway, NC 27505

Citadel Automotive Group Inc.
Attn: Manager, Agent, Officer
2734 S. Wilmington St.
Raleigh, NC 27603

City Electric Supply Co.
Attn: Manager, Agent, Officer
3341 NC Hwy 87 S
Sanford, NC 27332

CNC Door Company
Attn: Manager, Agent, Officer
110 Sargent Drive
New Haven, CT 06511

CNC Software, LLC
Attn: Manager, Agent, Officer
671 Old Post Road
Tolland, CT 06084

Corey Dean
308 W. Killiegrey St
Lillington, NC 27546

Cruco Mill
Attn: Manager, Agent, Officer
111 McNeil Rd
Sanford, NC 27330

Crystal Springs
Attn: Manager, Agent, Officer
PO Box 660579
Dallas, TX 75266

Daniel Arellano
110 A Milton Ave

Daniel Patterson
2520 Leaflet Church Rd
Broadway, NC 27505

Davis Sales Company
Attn: Manager, Agent, Officer
1829 Jefferson Davis Hwy
Sanford, NC 27330

Delta Dental of NC
Attn: Manager, Agent, Officer
3737 Glenwood Ave, Ste 320
Raleigh, NC 27612

Dillon Supply Company
Attn: Manager, Agent, Officer
PO Box 896595
Charlotte, NC 28289

Donovan Burroughs
446 Fallon Ct.
Sanford, NC 27330

Duke Energy Progress
Attn: Manager, Agent, Officer
PO Box 1094
Charlotte, NC 28201

East Carolina Metal Treating
Attn: Manager, Agent, Officer
1117 Capital Blvd
Raleigh, NC 27603

Enbridge Gas North Carolina
Attn: Manager, Agent, Officer
800 Gaston Road
Gastonia, NC 28056

Enterprise Car Rental
Attn: Manager, Agent, Office
2860 Slater Road
Morrisville, NC 27560

ERTC Express LLC
Attn: Manager, Agent, Officer
99 Wall Street, Ste 3620
New York, NY 10005

Ferguson Enterprises Inc. #34
Attn: Manager, Agent, Officer
PO Box 100286
Atlanta, GA 30384

First Citizens Bank
Attn: Manager, Agent, Officer

First Citizens Bank Credit Card
Attn: Manager, Agent, Officer
PO Box 63001

GP Supply Company, LLC
Attn: Manager, Agent, Officer
501 East Washington St.
Greensboro, NC 27401

Grainger
Attn: Manager, Agent, Officer
101 Southchase Blvd.
Fountain Inn, SC 29644

Ground Penetrating Radar Sys
Attn: Manager, Agent, Officer
1901 Indian Wood Circle
Maumee, OH 43537

HardHat Workforce Solutions
Attn: Manager, Agent, Officer
162 Quade Drive
Cary, NC 27513

Herc Rentals
Attn: Manager, Agent, Officer
PO Box 936257
Atlanta, GA 31193

Hi-Tech Fasteners
Attn: Manager, Agent, Officer
4940 Winchester Blvd.
Frederick, MD 21703

Hughes Supply
Attn: Manager, Agent, Officer
175 Kanoy Road
Thomasville, NC 27360

HWM Office Environments Inc.
Attn: Manager, Agent, Officer
3915 Beryl Road, Suite 102
Raleigh, NC 27607

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

J.P. Morgan Chase Bank
Attn: Manager, Agent, Officer
Mail Code NY1-E088, 4 NY Plaza, 8th Fl
New York, NJ 10004-2413

J.R.'s Maintenance Service, Inc.
Attn: Manager, Agent, Officer
1150 Atlantic Avenue
Rocky Mount, NC 27801

J.R.'s Maintenance Service, Inc.
1150 Atlantic Avenue
Rocky Mount, NC 27801

James Munning
3006 Silky Dogwood Trail
Apex, NC 27502

Jani-King of Raleigh/Durham
Attn: Manager, Agent, Officer
801 Jones Franklin Rd
Raleigh, NC 27606

Jeffry Grindstaff
111 Cindy Court
Erwin, NC 28339

Jimmy Carter
5171 NC Highway 87 South
Sanford, NC 27332

John S. Williford, Jr.
PO Box 7395
Rocky Mount, NC 27803

John Woody
5117 Lake Willet Road
Sanford, NC 27332

Josh Stein, Attorney General
State of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Lee County Tax Administration
Attn: Tax Administrator
106 Hillcrest Drive
Sanford, NC 27330

Logan Cushman
210 John Lane Rd
Bear Creek, NC 27207

Marcus Jones
602 Ryan Ave
Sanford, NC 27330

Mathew Christy
112 Dunhams Creek St
Carthage, NC 28327

McMaster Carr
Attn: Manager, Agent, Officer
PO Box 7690
Chicago, IL 60680

Meridian Waste
Attn: Manager, Agent, Officer
5833 Foster Shore Road

MSC Industrial Supply
Attn: Manager, Agent, Officer
PO Box 953635
Saint Louis, MO 63195

Nicholas Boggs
585 Adcock Rd
Lillington, NC 27546

North Carolina Department of Revenue
Office Service Unit; Attn: Bankruptcy Un
P.O. Box 1168
Raleigh, NC 27602-1168

NOWaccount Network Corporation
Attn: Manager, Agent, Officer
6120 Powers Ferry Rd NW, Ste 350
Atlanta, GA 30339


ODP Business Solutions LLC
Attn: Manager, Agent, Officer
PO Box 1413
Charlotte, NC 28201


Parker Kidd
525 Sam Lowe Rd
Siler City, NC 27344


Patrick Gietzen
364 Grant Street
Sanford, NC 27330


Penn Stainless Products
Attn: Manager, Agent, Officer
190 Kelly Road; PO Box 9001
Quakertown, PA 18951


Piedmont Plastics
Attn: Manager, Agent, Officer
PO Box 931291
Atlanta, GA 31193


Prisma Group, Inc.
Attn: Manager, Agent, Officer
9105 Reedham Oaks Court
Raleigh, NC 27615


Property Worx Maintenance
Attn: Manager, Agent, Officer
2090 Eastern Ave
Nashville, NC 27856


Pyramid Fasteners, Inc.
Attn: Manager, Agent, Officer
620 South First Avenue
Bartow, FL 33830


Pyramid Fasteners, Inc.
Attn: Manager, Agent, Officer
620 S. 1st Ave
Bartow, FL 33830


Randell Smith
1477 Farm Life School Rd
Carthage, NC 28327


Rodeco Company
Attn: Manager, Agent, Officer
5811 Elwin Buchanan Drive
Sanford, NC 27330


San Lee Security
Attn: Manager, Agent, Officer
105 W. Main St.
Sanford, NC 27332


Secretary of Treasury
Attn: Manager, Agent, Officer
1500 Pennsylvania Ave NW
Washington, DC 20220


Securities & Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd NE 900
Atlanta, GA 30326-1382


Sherwin Williams
Attn: Manager, Agent, Officer
2105 S. Horner Blvd.
Sanford, NC 27330


Solid Surface Innovations
Attn: Manager, Agent, Officer
25 Wimberly Rd
Moncure, NC 27759


Southeast Handling Systems
Attn: Manager, Agent, Officer
PO Box 63130


Starrco
Attn: Manager, Agent, Officer
11700 Fairgrove Ind. Blvd.
Maryland Heights, MO 63043


Steel & Pipe
Attn: Manager, Agent, Officer
PO Box 700
Sanford, NC 27331


Stewart Stainless Supply, Inc.
Attn: Manager, Agent, Officer
3849 Wendover Industrial Drive
Greensboro, NC 27405

T-Mobile
Attn: Manager, Agent, Officer
PO Box 742596
Cincinnati, OH 45274

Windstream
Attn: Manager, Agent, Officer
PO Box 9001908
Louisville, KY 40290

Timothy Skibitsky
266 McInnis Road
Lakeview, NC 28350

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville St, Sue 2100
Raleigh, NC 27601-2959

Unifirst Corporation
Attn: Manager, Agent, Officer
1409 Person Street
Durham, NC 27703

UPS
Attn: Manager, Agent, Officer
55 Glen Lake Parkway, NE
Atlanta, GA 30328

US Hydraulic & Pneumatic Inc.
Attn: Manager, Agent, Officer
2620 Melon St.
Florence, SC 29501

WageWorks, Inc.
Attn: Manager, Agent, Officer
PO Box 8363
Pasadena, CA 91109

Wex Bank
Attn: Manager, Agent, Officer
PO Box 4337
Carol Stream, IL 60197

William Skibitisky
7 South Beach Island
Hilton Head Island, SC 29928

William Skibitsky
2 South Beach Lane
Hilton Head Island, SC 29928

Wilson Machine & Tool Inc.
Attn: Manager, Agent, Officer
4956 Womack Road
Sanford, NC 27330

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of North Carolina

**In re** WST Industries, LLC

Case No. _____

**Debtor**

Chapter ^11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $0.00_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $400.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs, plan, and disclosure statement which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings;
d. Negotiations with secured creditors as to market value and loan terms;
e. Exemption planning, if applicable;
f. See Attorney Fee Affidavit for additional details.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Non-bankruptcy related representation

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/28/2025
_____
Date

/s/ William Kroll, 39149
_____
Signature of Attorney

Everett Gaskins Hancock Tuttle Hash LLP
_____
Name of law firm

220 Fayetteville Street
300
Raleigh, NC 27601